McFADIN *v.* THE STATE.—In error.

IT is the opinion of a majority of the Court that the 14th section of the act organizing Circut Courts, approved *January* 24, 1831, (R. S. 1831, p. 138,) is continued in force by the R. S. of 1843. The judgment of the Court below· is affirmed.